**Order filed April 22, 2014**



In The

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

_____

## NO. 14-14-00083-CV
_____

**SARAH LANSDEN BAKER, Appellant**

**V.**

**MARK MITCHELL BAKER, Appellee**

---

**On Appeal from the 257th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-38473**

---

## O R D E R

The notice of appeal in this case was filed January 23, 2014. No clerk's record was filed. To date, the filing fee has not been paid. No evidence that appellant has established indigence has been filed. *See* Tex. R. App. P. 20.1. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee to the Clerk of this court on or before **May 7, 2014.** *See* Tex. R. App. P. 5. If appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM